IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANCES HIDO and DENNIS HIDO, on behalf of themselves and all others similarly situated, | ) ) ) CASE NO. 5:17-cv-01116-BYP ) |
| Plaintiffs, | ) ) JUDGE: BENITA Y. PEARSON ) |
| -vs- | ) ) ) |
| HOME DEPOT U.S.A., INC., | ) ) |
| Defendant. | ) ) |

### MOTION FOR MERYL W. ROPER TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through counsel, hereby respectfully moves this Court for permission for attorney Meryl W. Roper, counsel in the Atlanta office of King & Spalding LLP, to appear and participate as counsel for Home Depot in this action *pro hac vice.*

Defendant's undersigned counsel, H. Alan Rothenbuecher of Benesch, Friedlander, Coplan & Aronoff LLP, has been admitted to practice before the Court since 1989 and makes this motion on behalf of Ms. Roper.

Ms. Roper has been a member in good standing of the bar of the State of Georgia since November 19, 1999 and her Georgia Bar No. is 238919. She has also been a member in good standing of the following Courts: Supreme Court of Georgia (since March 16, 2015), United States District Court for the Northern District of Georgia (since June 10, 2002), United States District Court for the Eastern District of Michigan (since April 8, 2015), United States District Court for the District of Colorado (since August 9, 2017), and the United States Court of Appeals for the Fifth Circuit (since August 17, 2017).

10398500 v1

Pursuant to Local Rule 83.5(h), Ms. Roper has never "been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar." The additional personal information required by Local Rule 83.5(h) is set forth below:

Meryl W. Roper
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone: 404.572.4600
Facsimile: 404.572.5100
Email: mroper@kslaw.com

The participation of Ms. Roper will greatly assist Home Depot in its defenses to the claims in this action.

Ms. Roper agrees to observe and be bound by the Local Rules and Orders of this Court, including the ethical standards of the Rules of Professional Conduct adopted by the Supreme Court of Ohio insofar as those standards are not inconsistent with federal laws.

Accordingly, Home Depot respectfully requests the Court grant this Motion and issue an Order permitting Meryl W. Roper of King & Spalding LLP to appear and participate as counsel for Home Depot in this action *pro hac vice*.  A copy of a supporting affidavit from Meryl W. Roper is attached hereto as Exhibit A.

Dated: August 22, 2017.

                                                Respectfully submitted,

                                                */s/* H. Alan Rothenbuecher
                                                H. ALAN ROTHENBUECHER (0041883)
                                                BENESCH, FRIEDLANDER, COPLAN
                                                & ARONOFF LLP
                                                200 Public Square, Suite 2300
                                                Cleveland, Ohio 44114-2378
                                                Telephone: 216.363.4500
                                                Facsimile: 216.363.4588
                                                Email: har@beneschlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2017, a copy of the foregoing **Motion for Meryl W. Roper to Appear *Pro Hac Vice*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/* H. Alan Rothenbuecher<br>
H. ALAN ROTHENBUECHER (0041883)