IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANCES HIDO and DENNIS HIDO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | CASE NO. 5:17-cv-01116-BYP <br><br> JUDGE: BENITA Y. PEARSON |

**MOTION FOR ALLISON HILL WHITE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5(h), Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through counsel, hereby respectfully moves this Court for permission for attorney Allison Hill White, an associate in the Atlanta office of King & Spalding LLP, to appear and participate as counsel for Home Depot in this action *pro hac vice.*

Defendant's undersigned counsel, H. Alan Rothenbuecher of Benesch, Friedlander, Coplan & Aronoff LLP, has been admitted to practice before the Court since 1989 and makes this motion on behalf of Ms. White.

Ms. White has been a member in good standing of the bar of the State of Georgia since November 5, 2014 and her Georgia Bar No. is 969760.  She has also been a member in good standing of the following Court: United States District Court for the Northern District of Georgia (since February 23, 2017).

Pursuant to Local Rule 83.5(h), Ms. White has never "been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has never received any reprimand from any such court, department, bureau or commission

pertaining to conduct or fitness as a member of the bar." The additional personal information required by Local Rule 83.5(h) is set forth below:

> Allison Hill White
> King & Spalding LLP
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia 30309-3521
> Telephone: 404.572.4600
> Facsimile: 404.572.5100
> Email: awhite@kslaw.com

The participation of Ms. White will greatly assist Home Depot in its defenses to the claims in this action.

Ms. White agrees to observe and be bound by the Local Rules and Orders of this Court, including the ethical standards of the Rules of Professional Conduct adopted by the Supreme Court of Ohio insofar as those standards are not inconsistent with federal laws.

Accordingly, Home Depot respectfully requests the Court grant this Motion and issue an Order permitting Allison Hill White of King & Spalding LLP to appear and participate as counsel for Home Depot in this action *pro hac vice*. A copy of a supporting affidavit from Allison Hill White is attached hereto as Exhibit A.

Dated: September 8, 2017.

Respectfully submitted,

/s/ H. Alan Rothenbuecher
H. ALAN ROTHENBUECHER (0041883)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: har@beneschlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2017, a copy of the foregoing **Motion for Allison Hill White to Appear *Pro Hac Vice*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. ALAN ROTHENBUECHER (0041883)

10446274 v1