IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANCES HIDO and DENNIS HIDO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | CASE NO. 5:17-cv-01116-BYP <br><br> JUDGE: BENITA Y. PEARSON |

## MOTION FOR ANGELA C. TARASI TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through counsel, hereby respectfully moves this Court for permission for attorney Angela C. Tarasi, counsel in the Denver office of King & Spalding LLP, to appear and participate as counsel for Home Depot in this action *pro hac vice*.

Defendant's undersigned counsel, H. Alan Rothenbuecher of Benesch, Friedlander, Coplan & Aronoff LLP, has been admitted to practice before the Court since 1989 and makes this motion on behalf of Ms. Tarasi.

Ms. Tarasi has been a member in good standing of the bar of the State of Colorado since 2012 and her Colorado Bar No. is 45250. She has also been a member in good standing of the following Courts: Supreme Court of Colorado (since October 29, 2012, Supreme Court of Wyoming (since October 2012) and Federal Circuit Court of Appeals (since September 25, 2015).

Pursuant to Local Rule 83.5(h), Ms. Tarasi has never "been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has never received any reprimand from any such court, department, bureau or commission

11765762 v1

pertaining to conduct or fitness as a member of the bar." The additional personal information required by Local Rule 83.5(h) is set forth below:

>Angela C. Tarasi
>King & Spalding LLP
>1515 Wynkoop Street, Suite 800
>Denver, Colorado 80202
>Telephone: 720-535-2300
>Facsimile: 720-535-2400
>Email: atarasi@kslaw.com

The participation of Ms. Tarasi will greatly assist Home Depot in its defenses to the claims in this action.

Ms. Tarasi agrees to observe and be bound by the Local Rules and Orders of this Court, including the ethical standards of the Rules of Professional Conduct adopted by the Supreme Court of Ohio insofar as those standards are not inconsistent with federal laws.

Accordingly, Home Depot respectfully requests the Court grant this Motion and issue an Order permitting Angela C. Tarasi of King & Spalding LLP to appear and participate as counsel for Home Depot in this action *pro hac vice*. A copy of a supporting affidavit from Angela C. Tarasi is attached hereto as Exhibit A.

Dated:  December 7, 2018

                Respectfully submitted,

                */s/* H. Alan Rothenbuecher
                H. ALAN ROTHENBUECHER (0041883)
                BENESCH, FRIEDLANDER, COPLAN
                & ARONOFF LLP
                200 Public Square, Suite 2300
                Cleveland, Ohio 44114-2378
                Telephone: 216.363.4500
                Facsimile: 216.363.4588
                Email: har@beneschlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 7, 2018, a copy of the foregoing **Motion for Angela C. Tarasi to Appear *Pro Hac Vice*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. ALAN ROTHENBUECHER (0041883)