PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FRANCES HIDO, *et al.*, *etc.* ) | |
| ) | CASE NO.  5:17CV1116 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendant. ) | **ORDER OF DISMISSAL** |

On November 14, 2019, the Court was informed by Daniel J. Myers, one of the attorneys for Plaintiffs, that the parties have reached a settlement.  *See also* Plaintiffs' Notice of Resolution of Action ([ECF No. 67](#)).  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before December 13, 2019, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Bench Trial set on December 2, 2019 is cancelled.

IT IS SO ORDERED.

 November 15, 2019                          */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                       United States District Judge

H:\1 Pearson\Judy\Civil Filings\17 1116DIS 11 15 2019.wpd